# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARCUS O'DELL,

    Plaintiff,

-vs-

FCA US, LLC, GP STRATEGIES CORPORATION, AND POPULUS GROUP, LLC.,

    Defendants.

Civil Action No. 18-12163
Hon. Victoria A. Roberts

---

David A. Hardesty (P38609)
Caitlin E. Malhiot (P76606)
GOLD STAR LAW, P.C.
2701 Troy Center Drive, Suite 400
Troy, MI 48084
(248) 275-5200
dhardestry@goldstarlaw.com
cmalhiot@goldstarlaw.com
*Attorneys for Plaintiff*

Allan S. Rubin (P44420)
Daniel C. Waslawski (P78037)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, Michigan 48075
P: (248) 936-1900
F: (248) 936-1901
allan.rubin@jacksonlewis.com
daniel.waslawski@jacksonlewis.com
Attorneys for Defendant FCA US, LLC

Gary C. Ankers (P41599)
Sarah L. Simmons (P74931)
Littler Mendelson P.C.
200 Renaissance Center, Suite 3110
Detroit, Michigan 48243
P: (313) 202-3222
F: (313) 446-6405
gankers@littler.com
slsimmons@littler.com
*Attorneys for Defendant Populus Group, LLC*

---

1

## STATEMENT OF CORPORATE AFFILIATIONS MADE PURSUANT TO FED. R. CIV. P. 7.1(A)

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant FCA US LLC is a Delaware limited liability company. It has one member, FCA North America Holdings LLC, whose sole member is Fiat Chrysler Automobiles N.V., a publicly traded company organized and existing under the law of The Netherlands.

Respectfully Submitted,

/s/ Allan S. Rubin
Allan S. Rubin (P44420)
Daniel C. Waslawski (P78037)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, Michigan 48075
P: (248) 936-1900
F: (248) 936-1901
allan.rubin@jacksonlewis.com
daniel.waslawski@jacksonlewis.com
Attorneys for Defendant FCA US, LLC


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served upon all parties/attorneys in the above cause at their respective addresses disclosed on the pleadings on August 21, 2018 by:

☐ Hand Delivery ☐ U. S. Mail
☐ Overnight Delivery ☐ FAX
XX☐ ECF (E-filing) ☐ E-mail

/s/ Patricia A. Cotton
Patricia A. Cotton